UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ISRAEL DEMBITZER,

                Plaintiff,

                                                                            JUDGMENT
                                                                          17-cv-1734 (ENV) (SJB)

          v.

WEINBERG MEDIATION GROUP, LLC,

                Defendant.
------------------------------------------------------------ X

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 27, 2018, adopting in its entirety the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated August 3, 2018, granting the motion for default judgment; and directing the Clerk of Court to enter judgment for plaintiff in the amount of $3,185, which includes $500 in statutory violations, $2,285 in attorney's fees, and $400 in costs; it is

       ORDERED and ADJUDGED that the motion for default judgment is granted; and that judgment is hereby entered in favor of the Plaintiff in the total amount of $3,185.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
August 30, 2018                                                          Clerk of Court

                                                                     By:     /s/*Jalitza Poveda*
                                                                                Deputy Clerk